STATE of Missouri, Respondent,

v.

John FARR, Appellant.

No. 38697.

Missouri Court of Appeals,
Western District.

March 31, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and SHANGLER and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from conviction for stealing property valued at one hundred fifty dollars or more, § 570.030 RSMo.Supp.1984, and sentencing as persistent offender to twelve years imprisonment.

Judgment affirmed. Rule 30.25(b).